No. 10–731.  WALSH ET AL. *v.* BADGER CATHOLIC, INC., ET AL. C. A. 7th Cir.  Motion of American Council on Education et al. for leave to file a brief as *amici curiae* out of time granted. Certiorari denied. ▪

No. 10–732.  EDWARDS *v.* A. H. CORNELL & SON, INC., DBA AH CORNELLS, ET AL.  C. A. 3d Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition. ▪

No. 10–762.  LOUISIANA WHOLESALE DRUG CO., INC., ET AL. *v.* BAYER AG ET AL.  C. A. 2d Cir.  Certiorari denied.  JUSTICE SOTOMAYOR and JUSTICE KAGAN took no part in the consideration or decision of this petition. ▪

No. 10–856.  MORRIS *v.* ALES GROUP USA ET AL.  C. A. 2d Cir.  Certiorari denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. ▪

No. 10–8884.  PARIS *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. ▪

No. 09–10951.  HARRIS *v.* McNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante,* p. 857;

No. 10–604.  MOSELEY ET UX. *v.* V SECRET CATALOGUE, INC., ET AL., *ante,* p. 1179;

No. 10–632.  IN RE WINDSOR, *ante,* p. 1177;

No. 10–633.  IN RE WINDSOR, *ante,* p. 1177;

No. 10–678.  HOLLISTER *v.* SOETORO ET AL., *ante,* p. 1180;

No. 10–690.  IN RE WINDSOR, *ante,* p. 1177;

No. 10–6712.  TAYLOR *v.* HINKLE, WARDEN, *ante,* p. 1070;

No. 10–7086.  BLADE *v.* UNITED STATES, *ante,* p. 1053;

No. 10–7201.  WAGSTAFF *v.* DEPARTMENT OF EDUCATION, *ante,* p. 1148;

No. 10–7235.  ERBO, AKA GARCIA-VELEZ *v.* UNITED STATES, *ante,* p. 1076;

No. 10–7288.  IGLESIAS *v.* WAL-MART STORES EAST, L. P., *ante,* p. 1150;

No. 10–7307.  ARVIE *v.* TANNER, WARDEN, *ante,* p. 1150;